**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOLLIE MARIE F.,

                Plaintiff,                      22 **CIVIL** 8418 (GRJ)

    -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated September 11, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 15) is GRANTED; and this case is DISMISSED.

**Dated:** New York, New York
         September 11, 2023

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                                  **BY:**
                                                           **Deputy Clerk**