UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MOLLIE MARIE FLINTON,

                Plaintiff,                ORDER

                                        1:22-CV-08418-GRJ

   v.

ACTING COMMISSIONER OF SOCIAL
 SECURITY,

                Defendant.
-------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

In accordance with the Mandate from the United States Court of Appeals for the Second Circuit (Docket No. 28), the judgment of this Court (Docket No. 24) is vacated, and the Clerk is directed to remand this case to the Commissioner of Social Security for further proceedings consistent with the Opinion of the United States Court of Appeals for the Second Circuit and then close the file.

Dated: September 2, 2025        SO ORDERED:

                                                _s/ Gary R. Jones_
                                                GARY R. JONES
                                                United States Magistrate Judge