**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOLLIE MARIE FLINTON,

                Plaintiff,

   -against-                               22 **CIVIL** 8418 (GRJ)

**JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2025, the judgment of this Court (Docket No. 24) is vacated, and the case is remanded to the Commissioner of Social Security for further proceedings consistent with the Opinion of the United States Court of Appeals for the Second Circuit; accordingly, the case is closed.

**Dated:** New York, New York

      September 2, 2025

                                                         **TAMMI M. HELLWIG**

                                                            Clerk of Court

                          **BY:**

                                                           **Deputy Clerk**